UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                Plaintiff,

-against-

SUPERVISOR CLERK BOB OF CITY OF SYRACUSE: CITY COURT,

                Defendant.

24-cv-6921 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the September 20, 2024 order, this action is dismissed without prejudice for Plaintiff's failure to comply with the court's July 10, 2020 order in Johnson, 1:19-CV-7337 (GHW) (S.D.N.Y.).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 30, 2024
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge